UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

Symetra Life Insurance Company,

    Plaintiff,

Case No.: 2:19-CV-00386

v.

Dawn McDermid,
Thomas Kramer,

    Defendants.

# ORDER APPROVING STIPULATION EXCUSING INTERPLEADER PLAINTIFF SYMETRA LIFE INSURANCE COMPANY FROM FED. R. CIV. P. 26(F) PLANNING CONFERENCE AND REPORT, AND FED. R. CIV. P. 16(B) SCHEDULING CONFERENCE

Upon the stipulation by the parties,

**IT IS HEREBY ORDERED** that the interpleader plaintiff, Symetra Life Insurance Company ("Symetra") may be excused from participating in the Fed. R. Civ. P. 26(f) Planning Conference and Report, and the Fed. R. Civ. P. 16(b) Scheduling Conference with the Court, which were scheduled in the Court's Order issued on April 3, 2019 at ECF No. 8.

Dated this  9th  day of May, 2019.

                                                        s/Lynn S. Adelman
                                                        The Honorable Lynn S. Adelman
                                                        United States District Court Judge